# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3957

_____

|  |  |  |
|---|---|---|
| RTC Mortgage Trust 1994-N2, a Delaware Business Trust, | * | |
|  | * | |
|  | * | |
| Appellee | * | |
|  | * | Appeal from the United States |
| v. | * | District Court for the |
|  | * | Western District of Missouri. |
| Myron W. Haith; Richard Brock; Stuart Kahn, | * | |
|  | * | |
|  | * | [UNPUBLISHED] |
| Appellants, | * | |
|  | * | |
| Joseph Haith, | * | |
|  | * | |
| Garnishee. | * | |

_____

Submitted: December 8, 1998
Filed: December 31, 1998

_____

Before HANSEN, ROSS and MURPHY, Circuit Judges.

_____

PER CURIAM.

Myron Haith, Richard Brock, and Stuart Kahn appeal from the district court's[1] denial of their Federal Rule of Civil Procedure 60(b) motion. After carefully reviewing

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

the record and the parties' submissions, we conclude the district court did not abuse its discretion.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.